UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PERRONG,<br><br>Plaintiff,<br><br>v.<br><br>COALITION FOR AMERICAN VETERANS POLITICAL ACTION COMMITTEE.,<br><br>Defendant. | **Case No.** 1:21-CV-02205-RDM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's individual claims are dismissed with prejudice and putative class claims are dismissed without prejudice.

DATED: November 10, 2021          Respectfully submitted,

By:   */s/ Anthony I. Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*